UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**26-MJ-2878-HERNANDEZ**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.  23cr10247 |
| | ) |
| v. | ) Violation: |
| | ) |
| CESAR FRANCO LARA, | ) |
| | ) Count One: Unlawful Reentry of |
| Defendant | ) Deported Alien |
| | ) (8 U.S.C. § 1326) |
| | ) |

INDICTMENT

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326)

FILED BY____BM____D.C.

May 14, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The Grand Jury charges that:

On or about August 8, 2023, in the District of Massachusetts, the defendant,

CESAR FRANCO LARA,

being an alien and having been excluded, removed, and deported from the United States on or about October 6, 2020, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1), and Title 6, United States Code, Sections 202(3) and (4), and 557.

1

A TRUE BILL



FOREPERSON

DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: SEPTEMBER 13, 2023
Returned into the District Court by the Grand Jurors and filed.

/s/ Thomas F. Quinn  9/13/23 @ 1:45pm

DEPUTY CLERK

2