# MINUTE ORDER

Page 8

## Magistrate Judge Yeney Hernandez

**King Building Courtroom 11-3**                Date:  5/14/26        Time:  2:00 p.m.

Defendant:   Cesar Franco Lara                J#:  01201-138     Case #:  26-mj-2878-HERNANDEZ

AUSA: Tanner Stiehl                               Attorney: David Donet, CJA

Violation:   D MA/IND/Unlawful Reentry of Deported Alien.      Surr/Arrest Date: 5/12/26      YOB:

Proceeding:  Initial Appearance                         CJA Appt:

Bond/PTD Held: ◯ Yes   ◯ No          Recommended Bond:

Bond Set at: Pretrial Detention (STIP) right to revisit          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
     Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language:  Spanish

Disposition:

Def. present in court. Spanish interpreter present. Def. advised of his rights and charges. Def. sworn/test. as to appointment of counsel. Def. oral motion for appointment of counsel – granted. Def. found indigent. Court appoints CJA Counsel. Gov't ore tenus request for PTD - GRANTED pursuant to stipulated detention with the right to revisit. Waiver of Rule 5 and 5.1 Removal/Identity hearing filed and signed in open court. Commitment Order to the District of Massachusetts signed in open court. Defendant to be removed to the D/MA.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**      Date:              Time:              Judge:                      Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 15:17:50                                        Time in Court: 8 minutes

s/Yeney Hernandez                                Magistrate Judge