## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No. 26-mj-2878-HERNANDEZ

UNITED STATES OF AMERICA,
             Plaintiff,

v.

                                        Charging District's Case No. 23-CR-10247

Cesar Franco Lara,
(USM# 01201-138)
             Defendant,

_____/

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Massachusetts.

_____David A. Donet, JR._____   **was   appointed   to   represent**

**Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer in the charging district should immediately notify the United States Attorney and the Clerk of Court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** in Miami, Florida on 5/14/26.

_____
Yeney Hernandez
UNITED STATES MAGISTRATE JUDGE