BNDDUTY,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:26–mj–02878–YH</u> All Defendants

Case title: USA v. Lara

Date Filed: 05/14/2026

Date Terminated: 05/14/2026

Assigned to: Magistrate Judge Yeney Hernandez

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Cesar Franco Lara** | represented by | **David Antonio Donet , Jr.** |
| 01201–138 | | Donet, McMillan & Trontz, P.A. |
| *YOB 1989 Spanish* | | 100 Almeria Avenue |
| *TERMINATED: 05/14/2026* | | Suite 230 |
| | | Coral Gables, FL 33134 |
| | | 305–444–0030 |
| | | Fax: 305–444–0039 |
| | | Email: <u>donet@dmtlaw.com</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

**<u>Highest Offense Level (Opening)</u>**

None

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

**<u>Highest Offense Level (Terminated)</u>**

None

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| WARRANT\DISTRICT OF MASSACHUSETTS\INDICTMENT\8 U.S.C. § 1326 Unlawful Reentry of Deported Alien | |

**Plaintiff**

| | | | |
|---|---|---|---|
| **USA** | | represented by | **Noticing AUSA CR TP/SR** |
| | | | Email: Usafls.transferprob@usdoj.gov |
| | | | *LEAD ATTORNEY* |
| | | | *ATTORNEY TO BE NOTICED* |
| | | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2026 | 1 | Magistrate Judge Removal of Indictment from District of Massachusetts Case number in the other District 23cr10247 as to Cesar Franco Lara (1). (kan) (Entered: 05/14/2026) |
| 05/14/2026 | 2 | Minute Order for proceedings held before Magistrate Judge Yeney Hernandez: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Cesar Franco Lara held on 5/14/2026. Bond set: Cesar Franco Lara (1) PRETRIAL DETENTION with the right to revisit. Date of Arrest or Surrender: 5/12/2026. Waiver of Rule 5 Removal/Identity hearing filed and signed in open court. Commitment order to the District of Massachusetts signed in open court. Defendant to be removed to the D/MA. Spanish Interpreter present. Attorney added: David Antonio Donet, Jr for Cesar Franco Lara for **REMOVAL/RULE 5 to another District** CJA representation. Date attorney was appointed CJA: 5/14/2026. (Digital 15:17:50) (Signed by Magistrate Judge Yeney Hernandez on 5/14/2026). (at) (Entered: 05/15/2026) |
| 05/14/2026 | 3 | **ORE TENUS** MOTION to Appoint Counsel by Cesar Franco Lara. (at) (Entered: 05/15/2026) |
| 05/14/2026 | 4 | PAPERLESS ORDER GRANTING 3 Motion to Appoint Counsel as to Cesar Franco Lara (1). (Signed by Magistrate Judge Yeney Hernandez on 5/14/2026). (at) Modified on 5/15/2026 (at). (Entered: 05/15/2026) |
| 05/14/2026 | 5 | **ORE TENUS** MOTION for Pretrial Detention (PTD) by USA as to Cesar Franco Lara. (at) (Entered: 05/15/2026) |
| 05/14/2026 | 6 | PAPERLESS ORDER GRANTING 5 Motion for Pretrial Detention (PTD) as to Cesar Franco Lara (1). Pursuant to stipulated detention with the right to revisit. (Signed by Magistrate Judge Yeney Hernandez on 5/14/2026). (at) (Entered: 05/15/2026) |
| 05/14/2026 | 7 | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Cesar Franco Lara (at) (Entered: 05/15/2026) |
| 05/14/2026 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Cesar Franco Lara. Defendant committed to The DISTRICT OF MASSACHUSETTS. Closing Case for Defendant. (Signed by Magistrate Judge Yeney Hernandez on 5/14/2026). *(See attached document for full details).* (at) (Entered: 05/15/2026) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**26-MJ-2878-HERNANDEZ**

UNITED STATES OF AMERICA ) Criminal No. 23cr10247
)
v. ) Violation:
)
CESAR FRANCO LARA, )
) Count One: Unlawful Reentry of
Defendant ) Deported Alien
) (8 U.S.C. § 1326)
)

FILED BY ___*BM*___ D.C.

**May 14, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

INDICTMENT

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326)

The Grand Jury charges that:

On or about August 8, 2023, in the District of Massachusetts, the defendant,

CESAR FRANCO LARA,

being an alien and having been excluded, removed, and deported from the United States on or

about October 6, 2020, was found in the United States without having received the express consent

of the Secretary of the Department of Homeland Security to reapply for admission to the United

States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1), and Title 6,

United States Code, Sections 202(3) and (4), and 557.

1

3

A TRUE BILL

████████████████████████

FOREPERSON

DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: SEPTEMBER 13, 2023
Returned into the District Court by the Grand Jurors and filed.

/s/ Thomas F. Quinn  9/13/23 @ 1:45pm
DEPUTY CLERK

2

# MINUTE ORDER

Page 8

## Magistrate Judge Yeney Hernandez

**King Building Courtroom 11-3**          Date: 5/14/26          Time: 2:00 p.m.

Defendant: Cesar Franco Lara          J#: 01201-138          Case #: 26-mj-2878-HERNANDEZ

AUSA: Tanner Stiehl          Attorney: David Donet, CJA

Violation: D MA/IND/Unlawful Reentry of Deported Alien.          Surr/Arrest Date: 5/12/26          YOB:

Proceeding: Initial Appearance          CJA Appt:

Bond/PTD Held: ○ Yes   ○ No          Recommended Bond:

Bond Set at: Pretrial Detention (STIP) right to revisit          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
Def. present in court. Spanish interpreter present. Def. advised of his rights and charges. Def. sworn/test. as to appointment of counsel. Def. oral motion for appointment of counsel – granted. Def. found indigent. Court appoints CJA Counsel. Gov't ore tenus request for PTD - GRANTED pursuant to stipulated detention with the right to revisit. Waiver of Rule 5 and 5.1 Removal/Identity hearing filed and signed in open court. Commitment Order to the District of Massachusetts signed in open court. Defendant to be removed to the D/MA.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 15:17:50          Time in Court: 8 minutes

s/Yeney Hernandez          Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 26-mj-2878-HERNANDEZ

UNITED STATES OF AMERICA
     Plaintiff,

v.

                        Charging District's Case No.  23-CR-10247

Cesar Franco Lara,
     Defendant,

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **District of Massachusetts.**

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I am indicted, to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☑ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Cesar Franco
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Defendant's Signature

Date: 5/14/26

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Yeney Hernandez
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
Case No. 26-mj-2878-HERNANDEZ

UNITED STATES OF AMERICA,
          Plaintiff,

v.

                                      Charging District's Case No. 23-CR-10247

Cesar Franco Lara,
(USM# 01201-138)
          Defendant,

_____ /

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Massachusetts.

_____David A. Donet, JR._____ **was appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer in the charging district should immediately notify the United States Attorney and the Clerk of Court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** in Miami, Florida on 5/14/26.

_____
Yeney Hernandez
UNITED STATES MAGISTRATE JUDGE